**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central District of California

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    Bethany Senior Housing II, LP

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    85-3250885

**4. Debtor's address**

Principal place of business

14527 South San Pedro Street
Number    Street

Gardena    CA    90248
City    State    ZIP Code

Los Angeles County
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City    State    ZIP Code

Location of principal assets, if different from principal place of business

804 West 84th Street
Number    Street

Los Angeles    CA    90044
City    State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
- ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☑ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor ___Bethany Senior Housing II, LP_____    Case number (if known)_____
      Name

7. **Describe debtor's business**

    A. *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ☐ None of the above

    B. *Check all that apply:*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
    5313

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ☑ Chapter 11. *Check all that apply*:

        A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    - ☑ No
    - ☐ Yes.   District _____  When ___/___/_____  Case number _____
                                                            MM / DD / YYYY
                District _____  When ___/___/_____  Case number _____
                                                             MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    - ☑ No
    - ☐ Yes.   Debtor _____  Relationship _____
               District _____  When ___/___/_____
                                                               MM / DD / YYYY
               Case number, if known _____

Debtor  Bethany Senior Housing II, LP    Case number (if known) _____
　　　　　Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
　　　　　　　　　　　　　　Number　　Street

_____
City　　　　　　　　　　　State　　ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
　Contact name _____
　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Bethany Senior Housing II, LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/30/2020
MM / DD / YYYY

✗ /s/ Bishop Noel N. Jones
Signature of authorized representative of debtor

Bishop Noel N. Jones
Printed name

Title Chairman and President of City of Refuge Ministries, Inc., Its General Partner

**18. Signature of attorney**

✗ /s/ Simon Dunstan
Signature of attorney for debtor

Date 09/30/2020
MM / DD / YYYY

Simon Dunstan
Printed name

Dunstan & Franke
Firm name

5950 Canoga Avenue, Suite 500
Number    Street

Woodland Hills, California
City

CA
State

91367
ZIP Code

8184042144
Contact phone

sdunstan@dunstanfranke.com
Email address

164113
Bar number

CA
State

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/30/2020
        MM / DD / YYYY

X _____    Bishop Noel N. Jones
Signature of authorized representative of debtor    Printed name

Title: Chairman and President of City of Refuge Ministries, Inc., Its General Partner

**18. Signature of attorney**

X _____    Date 09/30/2020
Signature of attorney for debtor            MM / DD / YYYY

Simon Dunstan
Printed name

Dunstan & Franke
Firm name

5950 Canoga Avenue, Suite 500
Number    Street

Woodland Hills, California    CA    91367
City                         State  ZIP Code

8184042144                   sdunstan@dunstanfranke.com
Contact phone                Email address

164113    CA
Bar number    State

**Fill in this information to identify the case:**

Debtor name: Bethany Senior Housing II, LP

United States Bankruptcy Court for the: Central District of California

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Los Angeles County Dept. of Building and Safety<br>200 North Main Street<br>City Hall East<br>7th Floor<br>Los Angeles, CA, 90012 | | Alleged Building and Safety Violations | Disputed<br>Unliquidated<br>Contingent | | | 301,516.84 |
| 2 | PTRE Services, Inc.<br>2828 Cochran Street<br>Suite 485<br>Simi Valley, CA, 93065 | | Services | Disputed<br>Unliquidated | | | 60,000.00 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor  Bethany Senior Housing II, LP
Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

```
Bethany Square Properties, LLC, c/o Greene, F
Urban Plaza West, 2719 Wilshire Blvd.
Second Floor
Santa Monica, CA 90403


Bethany Square SUB-CDE 1, LLC c/o Greene, Fid
2719 Wilshire Blvd.
Suite 200
Santa Monica, CA 90403


City of Refuge Ministries, Inc. c/o Alphonso
6560 S. Western Avenue
Los Angeles, CA 90047


Community Redevelopment Agency of the City of
3550 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90010


County of Los Angeles
225 North Hill Street
Los Angeles, CA 90012


Devine Holdings, LLC c/o Pejman Berjis
111 North Doheny Drive
Beverly Hills, CA 90211


Los Angeles County Dept. of Building and Safe
200 North Main Street
City Hall East
7th Floor
Los Angeles, CA 90012


PTRE Services, Inc.
2828 Cochran Street
Suite 485
Simi Valley, CA 93065
```

Urban Plaza West.  C/O Green, Fidler & Chapla
2719 Wilshire Boulevard
Second Floor
Santa Monica, CA 90403


VTN West Inc.
9255 Deering Avenue
Chatsworth, CA 91311

In re: Bethany Senior Housing II, LP

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 09/30/2020

_____
Signature of Individual signing on behalf of debtor

Managing General Partner
Position or relationship to debtor